FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Apr 06 2026

**KEVIN P. WEIMER** , Clerk

By: Krista Everly

Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Aaron John Sasser

**CRIMINAL COMPLAINT**

Case Number:  1:26-MJ-0399

**UNDER SEAL**

I, the undersigned complainant depose and say under penalty of perjury that the following is true and correct to the best of my knowledge and belief.  On or about April 3, 2026 in Fulton County, in the Northern District of Georgia, defendant(s) did, transmit an interstate threat to kidnap or injure

in violation of Title 18, United States Code, Section(s) 875(c).

I further state that I am a(n) Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    Yes

*Joshua Floyd*

Signature of Complainant

Joshua Floyd

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

April 6, 2026                          at    Atlanta, Georgia

Date                                                City and State

JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer

AUSA Benjamin Wylly / 404-581-6168 /
Benjamin.Wylly@usdoj.gov

Signature of Judicial Officer

ATTEST: A TRUE COPY
CERTIFIED THIS

Date: Apr 06 2026

KEVIN P. WEIMER, Clerk

By: Krista Everly

Deputy Clerk

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Joshua Floyd, hereby depose and say under penalty of perjury:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation and have been since 2018. I am currently assigned to the Atlanta Field Division of the FBI and am currently assigned to the Violent Crime squad. I am responsible for apprehending fugitives and investigating violent crimes, including bank robberies, commercial business robberies, kidnappings, carjacking, firearms violations, and gang matters. I have received twenty weeks of training at the FBI Academy located in Quantico, Virginia.  I have received training on criminal organizations, bank robberies, criminal case management, financial investigations, money laundering investigations, informant development, and Title III (wiretap) investigations.  My investigations have involved the use of confidential sources ("CS"), sources of information ("SOI"), consensual monitoring, electronic and physical surveillance, telephone toll analysis, pole cameras, search warrants of cellular telephones and computers, Global Positioning System ("GPS") tracking, pen register and trap and trace devices, interviews, trash covers, and other investigative techniques.  I have conducted interviews on numerous persons involved in violent crimes. I am authorized to conduct investigations and make arrests for offenses contained in Titles 18 and 21 of the United States Code.

2. This affidavit is made in support of a criminal complaint, authorizing the arrest of AARON JOHN SASSER, for violation of Title 18, United States Code, Section 875 (interstate communications of threats to injure the person of another).

3. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.  The facts in this affidavit come from my personal observations, my training and experience, and information

obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**<u>PROBABLE CAUSE</u>**

4.   The Federal Bureau of Investigation (the "Agency") is conducting a criminal investigation involving AARON JOHN SASSER for possible violations of federal criminal law, specifically violations of 18 U.S.C. § 875(c).

5.   Beginning on or around April 3, 2026, SASSER sent numerous threatening messages to the employees of PrizePicks[1] via PrizePicks' online customer service chat.  The customer service chat is an online service accessible through either the PrizePicks's website or the PrizePicks application installed on a cellular telephone.  Below is a transcript of the chat:

   a.   06:55 AM | sasser_aaron@yahoo.com: Hey there Mike Ybarra. You better leave town because I'm driving down to Atlanta to blow up the PrizePicks headquarters and then I'll head to your house, tie you up and rape your wife in front of you. Then, I'll dismember the both of you before heading off to Adam Wexlers place. I'm gonna have fun tying up Adam's Zionist wife. Before that though, I'm gonna cut Adam's eyelids off. So he's forced to watch. Then I'm gonna blow his fucking body up in the name of Palestine because he's a Zionist piece of shit and every last one of them are going to die. Dont worry, I didn't forget about you either Jay Deuskar. I'm not gonna rape your wife…..I'm gonna rape you. See yall at 3423 real soon

---

[1] PrizePicks is a popular, simplified Daily Fantasy Sports (DFS) platform where users predict two to six player performance stats (e.g., more or less than a listed projection) to win money. Their headquarters are located at 3423 Piedmont Road NE, Atlanta, Georgia, which is in Fulton County, Georgia and the Northern District of Georgia.

b.  06:55 AM | 😈 PrizePicks Support: I'm sorry to hear you're feeling this way. Would you like me to connect you with a human agent? Or if you want, you can share more about what's on your mind and I'll do my best to help.

c.  06:56 AM | sasser_aaron@yahoo.com: Yeah. Connect me to a human and then repeat that message to them. Make sure to send it to the CEO, as well.

d.  06:56 AM | 😈 PrizePicks Support: I'll connect you with someone from our team right away. While I do that, could you please share any additional details about your situation? This will help them assist you more effectively.

e.  06:56 AM | sasser_aaron@yahoo.com: My situation? Sure. I'm currently on the way to Atlanta to kill every PrizePicks team member

f.  06:57 AM | sasser_aaron@yahoo.com: Got my AR fully loaded & and extra two mags

g.  06:58 AM | sasser_aaron@yahoo.com: I've got Mike Ybarra engraved on one of the bullet casings

h.  06:58 AM | sasser_aaron@yahoo.com: And I'll make sure I find out which one is Ainah & blow a fucking massive hole in their dome for last night.

i.  06:59 AM | Rona from PrizePicks: Thank you for contacting PrizePicks - My name is Rona and I'll be more than happy to assist you today! I'm so sorry for this inconvenience. Please allow me a few moments to look into this for you.

j.  06:59 AM | sasser_aaron@yahoo.com: Wonder if you'll get the point before everyone is dead, Mike Ybarra

k.  07:00 AM | sasser_aaron@yahoo.com: Hey Rona, let everyone in the office know they'll be dead before noon.

3

l.  07:02 AM | Mareze from PrizePicks: Hi Aaron. This is Mareze, the supervisor on shift. PrizePicks takes it seriously when Members comment about physically appearing at our offices. If you do follow through on this threat and show up at a PrizePicks location, your account will be permanently banned and deactivated. All funds currently in your account will be returned to you and any pending lineups will be canceled. We will alert all relevant authorities of your threat and we reserve the right to take additional legal action should we deem it necessary.

m.  07:02 AM | sasser_aaron@yahoo.com: Man, my account will be banned!? Oh no! How will I make bets and never get my money back if I'm in jail !? 😱

n.  07:03 AM | sasser_aaron@yahoo.com: Don't worry Mareze, I'll find you there at the office, too. Thanks for joining the conversation. You'll be joining the deceased, with Mike Ybarra.

o.  07:05 AM | sasser_aaron@yahoo.com: I wonder if banning the account that I already can't withdrawal the funds from will stop me from killing you and Mike Ybarra bc if I don't, I might still not be able to withdrawal the funds from my account 😋 yore a stupid ass bitch, and soon you'll be a dead one, MAREZE

p.  07:06 AM | sasser_aaron@yahoo.com: 3423 Piedmont Road Northeast, Atlanta, Georgia, USA TELL MIKE IM ON THE WAY TO FUCK HIS BITCH AND BLOW HIS HEAD OFF UNLESS MY $50 GETS RETURNED TO MY BANK ACCOUNT BEFORE 8AM TODAY

q.  07:06 AM | sasser_aaron@yahoo.com: if you think banning my account will make me happier and less likely to kill everyone at the price picks office in Atlanta, by all means. TRY IT.

4

r. 07:16 AM | sasser_aaron@yahoo.com: Hi. My name is Aaron Sasser. I live in Finksburg, Maryland. And if my $50 doesn't end up back in my bank account before 5pm today, I'm going to drive down to Atlanta, Georgia and kill everyone in the PrizePicks office at3423 Piedmont Road Northeast, Atlanta, Georgia, USA. And then I'm going to kill Mike Ybarra, Adam Wexler, and Jay Deuskar. All because your shady ass company decided they wanted to run me through hoops and play games with me over $50. See yall Monday morning. Bring body bags.

s. 07:17 AM | Anna from PrizePicks: Hi ! I Hope that you're doing well today! I'm Anna let's work on this issue together. Rest assured that I will get the best resolution and answers for you.

t. 07:17 AM | sasser_aaron@yahoo.com: I look forward to killing that Zionist the most

u. 07:17 AM | Anna from PrizePicks: I am sorry to hear that you are upset. May I please have the email address on account?

v. 07:18 AM | sasser_aaron@yahoo.com: I've worked on this enough. Every new employee that comes to the chat is getting added to the kill list. Ainah, Mareze, and now Anna, will all be dead bodies bleeding out on the floor soon. Should have picked a better company to work for, or pick a new one before Monday morning.

w. 07:18 AM | sasser_aaron@yahoo.com: You have my email address you dumb bitch! Thanks for confirming that you should die to. Braindead ass dead bitch,

x. 07:19 AM | sasser_aaron@yahoo.com: SEE YOU SOON MIKE YBARRA

6. PrizePicks provided the user account information to FBI Atlanta, to include his email address, a copy of his driver's license, and a selfie style photograph uploaded to his profile.

## CONCLUSION

7.  Based on my training and experience, and the facts set forth in this affidavit, there is probable cause to believe that SASSER has committed violations of Title 18, United States Code, Section 875(c) (interstate communications containing threats to injure the person of another).