IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

AARON JOHN SASSER

Criminal Action No.

1:26-MJ-00399-JKL

## ORDER

The Court, having read and considered the Government's Third Consent Motion to Extend Deadline to Obtain Indictment, finding good cause therefore, hereby GRANTS the Motion.

It is hereby ORDERED that the Government's time to indict or otherwise formally charge the defendant in this case is continued for a period of 14 days.

The Court finds that the ends of justice served by giving defense counsel time to adequately evaluate the Defendant's case and to discuss plea negotiations with the Defendant and the prosecutor in an effort to resolve the case prior to indictment outweighs the Defendant's and public's right to a speedy trial, and as such, the requested 14-day delay constitutes excludable time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED THIS 9th day of July, 2026.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE

Prepared by
Benjamin Wylly, Assistant United States Attorney
(404) 581-6168